UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| FREDERICK LOUIS WARD, | ) | |
| Plaintiff, | ) | 3:11-cv-00377-LRH-VPC |
| v. | ) | O R D E R |
| GEMMA GREENE WALDRON, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#13[1]) entered on September 24, 2012, recommending dismissing, with prejudice, Plaintiff's second amended civil rights complaint (#8) filed on May 11, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#15) on October 9, 2012. Defendant did not file a response to Plaintiff's Objections. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1]Refers to court's docket number.

Judge's Report and Recommendation (#13) entered on September 24, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#13) entered on September 24, 2012, is adopted and accepted, and Plaintiff's second amended civil rights complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 6th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE