UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FREDERICK LOUIS WARD,

    Plaintiff,

v.

GEMMA GREENE WALDRON; et al.,

    Defendants.

3:11-cv-0377-LRH-RAM

ORDER

    Before the court is plaintiff Frederick Louis Ward's ("Ward") motion to set aside the court's verdict in this action. Doc. #44. The court has reviewed Ward's motion and finds that it is without merit. There is no legal or factual support for Ward's argument that he is entitled to have the verdict in this matter set aside pending an "American jurisprudence jury trial." Accordingly, the court shall deny his motion.

    IT IS THEREFORE ORDERED that plaintiff's motion (Doc. #44) is DENIED.

    IT IS SO ORDERED.

    DATED this 19th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE